■ BEN A. DI FIORE, Individually and as a Minority Shareholder of the EUGENE G. SACKETT COMPANY, INC., Respondent, v EUGENE G. SACKETT COMPANY, INC., Appellant, et al., Defen-

dants.—Judgment unanimously affirmed, with costs, for reasons stated at Supreme Court, Dugan, J. (Appeal from judgment of Supreme Court, Monroe County, Dugan, J.—corporate dissolution.) Present—Callahan, J. P., Doerr, Denman, Boomer and Green, JJ.